UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE RIDDICK ) | |
| Rockville, Maryland ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.07-1819 (RJL) |
| ) | Electronic Case Filing |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530

November 9th, 2007