UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephanie Riddick | * | Civ. Action No. 1:07-CV-1819 |
| | * | RJL |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Mike Johanns, Secy, | * | |
| United States Dep't of Agriculture | * | |
| | * | |
| Defendant. | * | |

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant Mike Johanns on October 18, 2007. The return receipt is stapled below.

*Ellen Lescht* (signature)
Ellen Lescht

Sworn to before this 9 day of November 2007.

*(signature)*
Notary public

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mike Johanns, Secretary
United States Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C.
20250

2. Article Number (Transfer): 7007 0220 0003 4106 9395

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

Stephanie Riddick

A. Signature
X *PDe Handers* ☐ Agent ☐ Addressee

B. Received by (Printed Name): PDEFLANDERS
C. Date of Delivery: 10/18/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt    102595-02-M-1540