UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephanie Riddick | * | Civ. Action No. 1:07-CV-1819 |
| | * | RJL |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| Mike Johanns, Secy, | * | |
| United States Dep't of Agriculture | * | |
| | * | |
| Defendant. | * | |

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons and complaint upon the defendant, by certified mail, return receipt requested, restricted delivery, addressed to defendant c/o the US Atty for DC on October 18, 2007. The return receipt is stapled below.

_____
Ellen Lescht

Sworn to before this ___9___ day of November 2007.

_____
Notary public

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
United States Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

Stephanie Riddick

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OCT 18 2007                       2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7007 0220 0003 4106 9371

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540